**LIN GAO, Plaintiff–Appellant,**

**v.**

**ST. LOUIS LANGUAGE IMMERSION SCHOOLS, INC.; Lydia Chen, Defendants–Appellees.**

**No. 14–3854.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 25, 2015.

Filed: June 30, 2015.

Lin Gao, St. Louis, MO, pro se.

J. Hayes Ryan, Stephanie F. Jones, Gordon & Rees, LLP, Chicago, IL, for appellees.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Lin Gao appeals the district court's adverse [1] grant of summary judgment in her action asserting, among other claims, age-based and race-based employment discrim-

---

1. The Honorable Shirley P. Mensah, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was re- ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

ination, and breach of contract. Upon careful de novo review, we conclude that the district court's summary judgment decision was proper. *See Torgerson v. City of Rochester,* 643 F.3d 1031, 1042–43 (8th Cir.2011) (en banc) (standard of review; nonmovant must respond to properly supported summary judgment motion by submitting evidentiary materials that set out specific facts showing that there is genuine issue for trial; where record taken as whole could not lead rational trier of fact to find for nonmoving party, there is no genuine issue for trial); *see also Beyer v. Firstar Bank, N.A.,* 447 F.3d 1106, 1108 (8th Cir.2006) (in opposing summary judgment motion, nonmovant cannot rest on pleadings alone).

Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.